Bertha M. Hunt, Respondent, v. Ward B. Yeomans, Appellant.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

Leonardo Inglese, Appellant, v. New York, New Haven and Hartford Railroad Company, Respondent.— Motion for reargument denied, with costs, the opinion not being made part of the motion papers, as required by rule XI.* Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

In the Matter of the Application of the City of New York to Acquire Certain Real Estate in the Towns of Carmel and Southeast, Putnam County, and Somers, Westchester County, New York, under Chapter 490 of the Laws of 1883, and Acts Amendatory Thereto.— Motion granted and order resettled *nunc pro tunc*, and signed. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

In the Matter of the Application of Faust F. Crampton for Admission to the Bar. — Application granted. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

In the Matter of the Application of Ralph Aldom Frost for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Woodward, · Jenks, Rich and Miller, JJ.

Knickerbocker Trust Company, as Trustee, Appellant, v. Tarrytown, White Plains and Mamaroneck Railroad Company and Others, Respondents.— Motion for reargument and for leave to appeal to the Court of Appeal denied, with ten dollars costs. Present — Jenks, Gaynor, Burr, Rich and Miller, JJ.

Ida E. Lester, as Administratrix, etc., Appellant, v. Harry Crabtree and Others, Respondents.— Motion to resettle order denied, without costs. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

Francis Manion, Jr., an Infant, etc.. Respondent, v. Richmond Ice Company, Appellant.— Motion for reargument denied, without costs. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

Stanislaus J. Parodi, Appellant, v. George Tilford, Respondent.— Motion to dismiss appeal denied, without costs. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

Malaine Parodi, Appellant, v. George Tilford, Respondent.— Motion to dismiss appeal denied, without costs. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

Michael Sullivan, Respondent, v. Frank M. Clarke and Thomas J. O'Donnell, a Partnership, etc., Appellants.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

Mary E. Surnear, as Administratrix, etc., Respondent, v. Annie E. Lozier, Appellant, Impleaded with Provident Institution for Savings in Jersey City, Defendant.— Motion to dismiss appeal denied, without costs. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

Mary E. Surnear, as Administratrix, etc., Respondent, v. Annie E. Lozier, Appellant, Impleaded with Seamen's Bank for Savings, Defendant.— Motion to dismiss appeal denied, without costs. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

* See Calendar Pr. Rules App. Div. 2d Dept., rule 11.— [REP.